**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ANTHONY RODRIGUEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF SOCIAL SECURITY, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No.: 1:20-cv-1651 JLT <br><br> ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME <br><br> (Doc. 14) |

On September 10, 2021, the parties stipulated for Plaintiff to have an extension of time to file a motion for summary judgment. (Doc. 14) Jonathan Pena, counsel for Plaintiff, asserts the extension is necessary due to his workload, which includes "about 27 briefs." (*Id.* at 2) Mr. Pena reports he also has a "hearing calendar in excess of 25 cases for the remainder of September and a similar calendar in October 2021." (*Id.*) The Commissioner does not oppose the request, and it does not appear either party would be prejudiced by the delay. Accordingly, the Court **ORDERS**: The extension of time (Doc. 14) is **GRANTED**; and Plaintiff **SHALL** file a motion for summary judgment no later than **November 1, 2021**.

IT IS SO ORDERED.

Dated:   **September 10, 2021**              _____ **/s/ Jennifer L. Thurston**
                                                                        CHIEF UNITED STATES MAGISTRATE JUDGE