**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ANTHONY RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI[1]<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:20-cv-1651 JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF DAVID ANTHONY RODRIGUEZ AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

　　　　On December 14, 2021, David Anthony Rodriguez and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 17 at 1-2.) Pursuant to the terms of the stipulation, the Appeals Council shall "remand the case to an Administrative Law Judge (ALJ) for a new decision." (*Id*. at 1.) In addition, the Appeals Council shall "instruct the ALJ to reevaluate the medical evidence, reassess the residual functional capacity, and if required, offer the claimant the opportunity for a new hearing and take further action, as warranted, to complete the administrative record." (*Id.*) Finally, the parties stipulated that judgment shall be entered in favor of Plaintiff and against the Commissioner. (*Id*. at 2.)

---

[1] The action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).

Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g);
2. Plaintiff's appeal of the administrative decision (Doc. 16) is terminated as **MOOT**; and
3. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff David Anthony Rodriguez and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __**December 15, 2021**__          _____ /s/ Jennifer L. Thurston
                                          CHIEF UNITED STATES MAGISTRATE JUDGE